UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOHERTY MICHAEL JARREAU

CIVIL ACTION

VERSUS

NUMBER 08-557-SCR

LAMAR QUACKENBUSH AND
DIANE QUACKENBUSH

### JUDGMENT

Judgment is hereby rendered in favor of the plaintiff Doherty Michael Jarreau against defendants Lamar Quakenbush and Diane Quakenbush in the amount of $18,944, with legal interest thereon from the date of judicial demand until the date of this judgment at the rate provided by Louisiana law, and from the date of judgment until paid at the rate provided by 28 U.S.C. § 1961.  Defendants' counterclaim for conversion is dismissed with prejudice.

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the clerk of court in favor of the plaintiff and against the defendants in accordance with the applicable provisions of Uniform Louisiana Local Rule 54.

Baton Rouge, Louisiana, February 5, 2010.

_/s/ Stephen C. Riedlinger_
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE